UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VICTORIA PELAYO,                      )   Case No. ED CV 07-793-PJW
                                      )
                 Plaintiff,           )
                                      )   J U D G M E N T
          v.                          )
                                      )
MICHAEL J. ASTRUE,                    )
COMMISSIONER OF THE                   )
SOCIAL SECURITY ADMINISTRATION,       )
                                      )
                 Defendant.           )
                                      )

     In accordance with the Memorandum Opinion and Order filed

herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of

the Social Security Administration is affirmed and the case is

dismissed with prejudice.

     DATED:   February 25, 2009.



                              _____
                              PATRICK J. WALSH
                              UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\PELAYO, V 793\judgment.wpd